1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   JAMES P. DIWIK (Bar No. 164016)
2  JENNIFER R. BEIERLE (Bar No. 227505)
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5
   Attorneys for Plaintiff
6  Safeco Insurance Company of America

7

8                       UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10

11

12 | SAFECO INSURANCE COMPANY OF AMERICA, | CASE NO. 2:06 CV-00210-DFL-GGH |
13 | Plaintiff, | **REQUEST FOR EXTENSION OF TIME WITHIN WHICH TO SERVE COMPLAINT; ORDER** |
14 | v. | |
15 | LADD AND ASSOCIATES, a California partnership, et al., | |
16 | Defendants. | |

17

18     Pursuant to the Local Rules of the United States District Court Eastern District of

19 California, rule 6-144, plaintiff Safeco Insurance Company of America ("Safeco") hereby requests

20 an extension of time to complete service of process of the complaint on the defendants.  In the

21 Court's February 1, 2006 *Order Requiring Joint Status Report*, Safeco was ordered to serve the

22 complaint in the underlying action on the defendants within 120 days of the date of the filing of

23 the complaint (i.e., by May 30, 2006).  Due to its continuing discussions with defendants

24 regarding resolution of the underlying issues in this lawsuit, Safeco requests a 60-day extension of

25 time within which to serve its complaint on the defendants (until July 31, 2006).  No prior

26 extensions of time have been requested.

27     In this action, Safeco, which issued public works payment and performance bonds

28 ("Bonds") to defendants Ladd and Associates, Roy E. Ladd, Inc. and Ladd-Benco (the

"Contractor Defendants"), filed a complaint for indemnification and reimbursement against defendants, each of whom are signatories to an Indemnity Agreement in which they agreed to indemnify and reimburse Safeco for its losses in connection with various state and federal public works construction projects on which Safeco issued Bonds to the Contractor Defendants. After sustaining losses in connection with the Bonds, Safeco filed this action for indemnity and reimbursement to preserve its claims within the applicable statutes of limitations.

Safeco and the Contractor Defendants are currently engaged in discussions regarding resolution of the underlying disputes including awaiting decision on a recent arbitration. Accordingly, Safeco requests a 60-day extension of the deadline (until July 31, 2006) for service of process of the indemnity action on the defendants. None of the defendants have been served with the complaint.

DATED: May 26, 2006            SEDGWICK, DETERT, MORAN & ARNOLD LLP


By: _____
    Jennifer R. Beierle
    Attorneys for Plaintiff
    Safeco Insurance Company

## **ORDER GRANTING EXTENSION**

The Court hereby amends paragraph 1 of its February 1, 2006 Order as follows: Plaintiff(s) shall complete service of process on all parties on or before July 31, 2006. All other deadlines in the February 1, 2006 Order remain unchanged.

IT IS SO ORDERED.

Dated:  May 26, 2006

/s/ David F. Levi_____
Judge of the United States District Court
Eastern District of California